| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | RUSSELL L. CARLBERG<br>Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, California  95814 |
| 4 | Telephone: (916) 554-2700 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. NO.  S-10-00405 EJG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CHANGE |
| v. | ) | JUDGMENT AND SENTENCE TO |
| | ) | STATUS CONFERENCE |
| CARLOS CHAMORRO, | ) | |
| Defendant. | ) | |
| | ) | |

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

Mr. Chamorro is scheduled for Judgment and Sentencing on April 29, 2011.  However, he may be called as a witness at the trial of several co-conspirators in the related case of <u>United States v. Gililland</u>, Cr. No. S-08-376 EJG.  As such, the government will not be able to fully determine its sentencing recommendation until after the trial, which is set to begin September 12, 2011.

Per agreement with the government and defense counsel, it is respectfully requested that the Judgment and Sentencing currently set for April 29, 2011, at 10:00 a.m. be vacated and that the case be re-set for status on sentencing for October 28, 2011, which is currently the status date set for several cooperating co-defendants.

It is anticipated that at that time, the parties will be in a better position to request a new Judgment and Sentencing date and disclosure schedule for the pre-sentence report.

BENJAMIN B. WAGNER
United States Attorney

Date: 4/21/11                                         */s/ Russell L. Carlberg*
                                                     By: RUSSELL L. CARLBERG
                                                     Assistant United States Attorney


Date: 4/21/11                                         */s/ Victor Sherman\**
                                                     VICTOR SHERMAN
                                                     Attorney for Defendant Carlos Chamorro

[PROPOSED] ORDER

For the reasons stated above, the Court **vacates** the sentencing date in this case of April 29, 2011. The Court **re-sets** the matter for status conference on sentencing for October 28, 2011 at 10 a.m..

IT IS SO ORDERED this 22nd day of April, 2011.

                                                     /s/ Edward J. Garcia
                                                     EDWARD J. GARCIA
                                                     UNITED STATES DISTRICT JUDGE

*Signed with permission.

2