1   BENJAMIN B. WAGNER
    United States Attorney
2   RUSSELL L. CARLBERG
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, California  95814
4   Telephone: (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,        )   CR. NO.  S-10-00405 EJG
                                      )
12           Plaintiff,               )
                                      )
13   v.                               )   STIPULATION AND  ORDER TO
                                      )   CONTINUE STATUS CONFERENCE ON
14   CARLOS CHAMORRO,                 )   SENTENCING
                                      )
15           Defendant.               )
                                      )
16   _____ )

17

18       THE PARTIES HEREBY STIPULATE AS FOLLOWS:

19       Mr. Chamorro is scheduled for a status conference on sentencing on January 27, 2012.

20   However, he may be called as a witness at the trial of several co-conspirators in a related case, United

21   States v. Gililland, et al., cr. No S-08-376 EJG.   As such, the government will not be able to fully

22   determine its sentencing recommendation until after the trial, which is set to begin March 19, 2012.

23       Per agreement with the government and defense counsel, it is respectfully requested that the

24   status conference, currently set for January 27, 2012, at 10:00 a.m., be vacated and that the case be re-

25   set for status on sentencing for March 30, 2012, which is currently the date set for the status on

26   sentencing of several other cooperators.

27       It is anticipated that at that time, the parties will be in a better position to request a new

28   ///

                                         1

1  Judgment and Sentencing date and disclosure schedule for the pre-sentence report.

2

3                                        BENJAMIN B. WAGNER
                                         United States Attorney
4

5  Date: 1/23/12                          _/s/ Russell L. Carlberg_____
                                         By: RUSSELL L. CARLBERG
6                                        Assistant United States Attorney

7

8
   Date: 1/23/12                          _/s/ Victor Sherman*_____
9                                        VICTOR SHERMAN
                                         Attorney for Defendant Carlos Chamorro
10

11                                        ORDER

12        For the reasons stated above, the Court **vacates** the status conference on sentencing currently set

13  for January 27, 2012.  The Court **re-sets** the matter for a status conference on sentencing for March 30,

14  2012, at 10 a.m..

15

16        IT IS SO ORDERED this 24th day of January, 2012.

17                                        /s/ Edward J. Garcia_____
                                         EDWARD J. GARCIA
18                                        UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28  *Signed with permission.

                                         2