# Memorandum & Order



United States Attorney
Eastern District of California

| Subject | Date |
|---|---|
| Continuance of J&S one week in United States v. Chamorro, Cr. No. S-10-0405 EJG | August 28, 2012 |

| To | From |
|---|---|
| Hon. Edward J. Garcia<br>United States District Judge | Russell L. Carlberg<br>Assistant United States Attorney |

Defendant Carlos Chamorro is on for judgment and sentence on September 14, 2012. The parties have agreed, with the concurrence of Probation Office, to request the Court to continue Ms. Chamorro's judgement and sentencing hearing one week to **September 21, 2012, at 10 a.m.** I have spoken to defense counsel Victor Sherman who indicates this provides him with sufficient time to file his formal objections and sentencing memorandum.

IT IS SO ORDERED:

_____
Hon. Edward J. Garcia        8/27/12
United States District Judge

**FILED**

AUG 29 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK