UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM



FILED

SEP 4 2012



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

RE: Carlos CHAMORRO
Docket Number: 2:10CR00405-01
<u>DISCLOSURE SCHEDULE FOR PSR</u>

Your Honor:

On August 28, 2012, Assistant United States Attorney Russell L. Carlberg filed a memorandum requesting that judgment and sentencing on September 14, 2012, be continued to **September 21, 2012, at 10 a.m.**

Based on the new judgment and sentencing date of September 21, 2012, the parties have agreed to the attached disclosure schedule for the PSR.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

Ronnie Preap
United States Probation Officer

REVIEWED BY: Jeffrey C. Oestreicher

Jeffrey C. Oestreicher
**Supervising United States Probation Officer**

Dated: 08/29/2012
Sacramento, California
RP/jr

Attachment

1

Rev 10/2009
CONTINUANCE - TO JUDGE (EJG) MRG

RE:    Carlos CHAMORRO
        Docket Number:   2:10CR00405-01
        **DISCLOSURE SCHEDULE FOR PSR**

cc:    Clerk, United States District Court
       United States Attorney's Office
       United States Marshal's Office
       Defense Counsel
       Probation Office Calendar clerk

✓ Approved

                        EDWARD J. GARCIA
                        Senior United States District Judge       Date

\_\_\_ Disapproved

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket Number:  2:10CR00405-01 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| CARLOS CHAMORRO | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 09/21/2012 at 10:00 am |
| Reply. or Statement of Non-Opposition: | 09/14/2012 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 09/07/2012 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 08/31/2012 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | Already received |
| The proposed Presentence Report shall be disclosed to counsel no later than: | Already disclosed |